UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| JEFF SEIPEL and TOM VEVEA, as Trustees of the Minnesota Laborers Health and Welfare Fund and Minnesota Laborers Pension Fund; JAMES BRADY and KEITH KRAMER, as Trustees of the Minnesota Laborers Vacation Fund; TOM VEVEA and GARY REED, as Trustees of the Construction Laborers' Education, Training and Apprenticeship Fund of Minnesota and North Dakota; and RONALD THORNBURG and CHRIS BORN, as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust; and each of their successors,<br><br>                            Plaintiffs,<br><br>v.<br><br>MARSDEN BLDG MAINTENANCE, LLC,<br><br>    Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ARISTEO SERVICES, LLC, a/k/a Aristeo Construction, and SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 26,<br><br>                      Third-Party Defendants. | Civil No. 08-6237 (JRT/AJB)<br><br><br><br><br><br><br><br>**ORDER** |

      Henry Helgen, Pamela Hodges Nissen, Natalie Woodward Kohner, **ANDERSON, HELGEN, DAVIS & NISSEN, LLC**, 150 South Fifth Street, Suite 3100, Minneapolis, MN 55402, for plaintiffs.

      Mark J. Girouard and Matthew E. Damon, **NILAN JOHNSON LEWIS, P.A.**, 120 South Sixth Street, Suite 400, Minneapolis, MN 55402, for defendant and third-party plaintiff Marsden Bldg Maintenance, LLC.

Michael G. Latiff, **BUTZEL LONG**, 150 West Jefferson Ave., Suite 100, Detroit, MI 48226, and Gregory J. Stenmoe, **BRIGGS AND MORGAN, P.A.**, 2200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, for third-party defendant Aristeo Services.

Richard L. Kaspari, **METCALF, KASPARI, ENGDAHL & LAZARUS, P.A.**, 1660 South Highway 100, Suite 333, Minneapolis, MN 55416, for third-party defendant Service Employees International Union, Local 26.

On October 20, 2010, the Court took under advisement defendant Marsden Bldg Maintenance, LLC's motion for summary judgment, third party defendant Aristeo Services, LLC's motion for summary judgment, and third party defendant Service Employees International Union's motion to dismiss. At argument and in the briefing, Marsden acknowledged its willingness to accede to plaintiffs' demand for $91,316.95, plus liquidated damages and interest, for unpaid contributions for work performed at sites other than the Ford Plant in St. Paul, Minnesota.

The Court orders plaintiffs and Marsden to contact the Magistrate Judge Boylan to schedule a settlement conference to resolve any remaining dispute regarding unpaid contributions for work performed by Marsden employees outside the Ford Plant.

DATED: October 26, 2010                         ____s/John R. Tunheim_____
at Minneapolis, Minnesota.                          JOHN R. TUNHEIM
                                                                 United States District Judge